Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

☐ FILED    ☐ LODGED
☐ RECEIVED    ☐ COPY

MAY 2 2 2026

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

# UNITED STATES DISTRICT COURT

for the

District of Arizona ▾

_____PHOENIX___ Division

MARK PHILLIPS II ON
BEHALF OF
THE SOVEREIGN PHAROHKINIAN NATION

|  |  |
|---|---|
| _____<br><br>_Plaintiff(s)_<br>_(Write the full name of each plaintiff who is filing this complaint._<br>_If the names of all the plaintiffs cannot fit in the space above,_<br>_please write "see attached" in the space and attach an additional_<br>_page with the full list of names.)_<br>**-v-**<br><br>TRUMP ADMINISTRATION AND THEIR FULL<br>CAPACITY; THE UNITED STATES OF AMERICA<br><br>_____<br><br>_Defendant(s)_<br>_(Write the full name of each defendant who is being sued. If the_<br>_names of all the defendants cannot fit in the space above, please_<br>_write "see attached" in the space and attach an additional page_<br>_with the full list of names. Do not include addresses here.)_ | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Case No. ⎣ CV-26-3622-PHX-SPL _____
_(to be filled in by the Clerk's Office)_

Jury Trial: _(check one)_ ✔Yes ☐No

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS

(Non-Prisoner Complaint)

---

**NOTICE**

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

| | |
|---|---|
| Name | THE SOVEREIGN PHAROHKINIAN NATION |
| Address | 2532 W. PEORIA AVE |

| | | |
|---|---|---|
| PHOENIX | AZ | 85029 |
| *City* | *State* | *Zip Code* |

| | |
|---|---|
| County | MARICOPA |
| Telephone Number | (520)-764-2240 |
| E-Mail Address | pharohkinian@gmail.com |

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both.  Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | TRUMP ADMINISTRATION AND THEIR FULL CAPACITY |
| Job or Title *(if known)* | GOVERNMENT |
| Address | 950 PENNSYLVANIA AVENUE, NW |

| | | |
|---|---|---|
| WASHINGTON | DC | 20530 |
| *City* | *State* | *Zip Code* |

| | |
|---|---|
| County | |
| Telephone Number | |
| E-Mail Address *(if known)* | |

☐ Individual capacity    ☑ Official capacity

Defendant No. 2

| | |
|---|---|
| Name | THE UNITED STATES OF AMERICA |
| Job or Title *(if known)* | GOVERNMENT |
| Address | 950 PENNSYLVANIA AVENUE, NW |

| | | |
|---|---|---|
| WASHINGTON | DC | 20530 |
| *City* | *State* | *Zip Code* |

| | |
|---|---|
| County | |
| Telephone Number | |
| E-Mail Address *(if known)* | |

☐ Individual capacity    ☑ Official capacity

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

Defendant No. 3

Name _____

Job or Title *(if known)* _____

Address _____

_____

| City | State | Zip Code |
|------|-------|----------|

County _____

Telephone Number _____

E-Mail Address *(if known)* _____

☐ Individual capacity    ☐ Official capacity

Defendant No. 4

Name _____

Job or Title *(if known)* _____

Address _____

_____

| City | State | Zip Code |
|------|-------|----------|

County _____

Telephone Number _____

E-Mail Address *(if known)* _____

☐ Individual capacity    ☐ Official capacity

## II.    Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.    Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)

☐ State or local officials (a § 1983 claim)

B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

N/A

C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

N/A

---

D.  Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

N/A

---

## III.   Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.  Where did the events giving rise to your claim(s) occur?

IN THE UNITED STATES ON JULY 4TH 1776 AFTER ASSERTING THAT ALL MEN ARE CREATED EQUAL, THE UNITED STATES KNOWINGLY, WILLFULLY AND INTELLIGENTLY ENSLAVED PART OF A POPULATION ON SUSPICIOUS GROUNDS THAT THE NEGRO RACE WERE THREE FIFTHS OF A PERSON AND NOT A REAL HUMAN BEING. CLAIM II SEE ATTACHED ADDITIONAL PAGES.

B.  What date and approximate time did the events giving rise to your claim(s) occur?

THE DATE AND APPROXIMATE TIME THAT THE EVENTS GIVING RISE TO OUR CLAIMS OCCURED 1776‑PRESENT.

C.  What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

THE BLACK IDENTITY WAS CREATED FROM THE VERY DEHUMANIZATION PROCESS OF SLAVERY WHICH INTENTIONALLY STRIPPED PEOPLE OF THEIR DISTINCT AFRICAN IDENTITIES. IN ORDER TO RECLAIM OUR IDENTITY IT IS MANDATORY FOR A "DECLARATION OF INDEPENDENCE" TO SEPARATE FROM THE UNITED STATES, REDEFINE CITIZENSHIP, AND ANNOUCE A NEW SOVEREIGN ENITITY.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## IV.   Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

THE SLAVE TRADE WAS A CRIME AGAINST HUMANITY COMMITTED BY THE UNITED STATES TO THE NEGRO RACE, BECAUSE OF THE "SLAVE TRADE" BLACK PEOPLE IN THE UNITED STATES ARE NOT FULLY FREE FROM SYSTEMIC SOCIAL AND ECONOMIC OPPRESSION TODAY. SYSTEMIC INEQUALITY SUCH AS ECONOMIC GAPS, DISPARITIES IN WEALTH, EDUCATION AND HEALTHCARE REMAIN PERSISTENT SO EQUALITY AND FREEDOM FROM SYSTEMIC OPPRESSION HAVE NOT BEEN FULLY ACHIEVED.

## V.   Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

THE SOVEREIGN PHAROHKINIAN NATION IS REQUESTING "FULL EMANCIPATION" FROM THE UNITED STATES GOVERNMENT AND 67 TRILLION DOLLARS AS REPARATORY JUSTICE AND RECONCILIATION REGARDING HISTORICAL WRONGS.

## VI.   Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.   For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:   5-22-2026

Signature of Plaintiff    SUPREME RULER OF THE PHAROHKINIAN NATION *Mark A. Phillips*

Printed Name of Plaintiff    MARK PHILLIPS II *SUPREME RULER OF THE SOVEREIGN PHAROHKINIAN NATION*

### B.   For Attorneys

Date of signing:   _____

Signature of Attorney    _____

Printed Name of Attorney    _____

Bar Number    _____

Name of Law Firm    _____

Address    _____

|  | City | State | Zip Code |
|---|---|---|---|

Telephone Number    _____

E-mail Address    _____

# *STATEMENT OF CLAIM III (A)*
# *ATTACHED ADDITIONAL PAGES*

*THE EMANCIPATION DECLARATION*

## THE EMANCIPATION DECLARATION

The President, (The White House)

My dear Mr. President for purposes of obtaining internal neutral sovereignty in these times of war, this declaration is designed to resolve issues concerning the separation of powers, and the legality of certain actions to resolve claims between the United States and the Negro people. This document is captioned, *The Emancipation Declaration.* The declaration provides, first, the cause's which impels The Sovereign Pharohkinian Nation to the separation, as one body recognized as Black and Negro people this document serves as an official *declaration of independence.*

Whereas, the extermination or enslavement that is directed especially against an entire population or part of a population on suspicious grounds, and without regards to individual guilt or responsibility even on such grounds serves as a crime against humanity. Our political revolution to dissolve the political bands connecting us dates back to 1863, when the Negro people were proclaimed, a free people banded together politically in the civil war. The war helped the United States gain civil liberty; the inevitable price paid for political freedom. It also serves as a price paid for the blessing it brought into the world as to the capability of man to govern himself.

As one body, the United States repeated injuries and tyranny behaviors enables the Pharohkinians to be completely free of the United States influence. With this declaration, in it has been found a solution to the long-mooted problem of diplomatic opposition, and political disadvantage experienced across the United States by the Negro people. While in the course of human events and as a body of free people with the right to change governments whenever that government becomes oppressive, unfair, and controlling only the President alone could receive ambassadors, which at the time of founding is equivalent to recognizing sovereignty of an internal nation. Under text and structure of the United States constitutional law, court precedents, and historical practices, the President has exclusive power to recognize foreign nations and governments.

The United States has acted in a manner grossly incompatible with self-governance and the rule law, and has committed a wide-range of schemes to destroy and reduce the Negro people under absolute despotism, far exceeding that of any other group of people in America. In all of this, America has willfully disregarded federal laws and the constitution thereby threating the safety and happiness of the Negro people. Wherefore, by such conduct, has demonstrated that the United States of America is unfit to govern a nation of people, by the people, and for the people.

Subsequently, Mr. President, respectfully as the Supreme Ruler of the Pharohkinians in order to provide new guards for our future security, we're looking forward to engaging in direct diplomacy with the United States with characteristics of unity at all times, as necessary for nation to speak with one voice, with respect to recognition as exclusive to the President's authority to recognize foreign sovereigns from first administration forward. I am, sir, very respectfully, the Supreme Ruler of THE SOVEREIGN PHAROHKINIAN NATION.

# THE EMANCIPATION DECLARATION OF THE BLACK AND NEGROS INDEPENDENCE

The modern-day Blacks of the United States of America declare and establish ourselves as The Sovereign Pharohkinian Nation. This nation hereby is emancipated from the executive government of the United States of America, and all other countries thereof, including the military, naval authorities and chief executive in which the non-formal declaration of war by *police action* has been enforced on the Blacks first and then all American people.

All prisoners of war liberated by this peaceful declaration are admonished to defend themselves from the infringement upon their liberal rights by the Supreme Ruler Mark Anthony Phillips the II of said nation, and immediately betake themselves to the *Division of Incommodity Department* to register for a new social, birth certificate and identification card thus separating you from the United States judicial system.

I expect the *Pharohkinian Infringement Defense Department* to protect and maintain the freedom and constitutional rights of the Pharohkinians, and those of the American people as well, and that the liberty officers of this command are ordered to act in accordance with the declaration and protect the American people. God bless THE SOVEREIGN PHAROHKINIAN NATION.

X _Mark A. Phillips_ 03-06-2026

SUPREME RULER OF THE SOVEREIGN
PHAROHKINIAN NATION   MM/DD/YY

X _Tara Leon_   3/6/2026

NOTARY PUBLIC                  MM/DD/YY

TARA LEON
Notary Public - Arizona
Maricopa County
Commission # 666926
My Commission Expires April 07, 2028